368 P.3d 666

**STATE of Idaho, Plaintiff–Respondent,**

v.

**Jorge Enrique RODRIGUEZ, Defendant–Appellant.**

No. 42219.

Supreme Court of Idaho, Boise, January 2016 Term.

Feb. 25, 2016.

Rehearing Denied April 22, 2016.

Sara B. Thomas, State Appellate Public Defender, Boise, for appellant. Jason Pintler argued.

Hon. Lawrence G. Wasden, Idaho Attorney General, Boise, for respondent. Jessica Lorello argued.

PER CURIAM.

Rodriguez makes the same argument as the Appellant in *State v. McIntosh,* No. 41910, 160 Idaho 1, 368 P.3d 621, 2016 WL 743356 (Idaho Feb. 25, 2016); and upon the authority of that case, and for the reasons therein stated, we affirm the district court.